Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V

Crim. No. 3:06CR109-001/MCR

JEROME LITTLE

On February 15, 2007, the above named was sentenced to a period of three (3) years probation. Mr. Little has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that he be discharged from probation.

Respectfully submitted,

*Russell A. Szafran* [signature]
Russell A. Szafran
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Date this 10th day of December, 2008.

*M. Casey Rodgers* [signature]
M. Casey Rodgers
U.S. District Judge